RECEIVED
IN LAKE CHARLES, LA

DEC -2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **RUSTY GENE LOVEJOY** | **CIVIL ACTION NO. 05-0808-LC** |
| **VS.** | **SECTION P** |
| **BURL CAIN, WARDEN** | **JUDGE TRIMBLE** |
| | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's *habeas* claims remain unexhausted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 2nd day of December, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE